**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL PENSION FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL WELFARE FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL RETIREE HEALTH** | ) | |
| **AND WELFARE FUND, and CATHERINE** | ) | |
| **WENSKUS, not individually but as** | ) | |
| **Administrator of the Funds,** | ) | |
| | ) | |
| | ) | **Case No. 26-cv-05763** |
| **Plaintiff,** | ) | |
| **and** | ) | **JUDGE VALDERRAMA** |
| | ) | |
| | ) | |
| | ) | |
| **BLUE REEF, LLC** | ) | |
| **an Illinois limited liability company** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ORDER OF DEFAULT**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension, Welfare and Retiree Health and Welfare Fund and Catherine Wenskus, (collectively referred to hereinafter as the "Funds"), by and through their attorney, G. Ryan Liska, and hereby move for an Order of Default against Defendant Blue Reef, LLC., an Illinois limited liability company (hereinafter "Company"). In support of this Motion, the Funds state as follows:

1.    The Funds filed their Complaint on May 18, 2026 against the Company. Count I of the Complaint seeks to collect delinquent fringe benefit contributions for February 2026 through May 2026. The delinquent fringe benefit contributions total $4,432.80. Count II seeks to collect delinquent dues contributions and ancillary funds' contributions for February 2026 through May 2026. Those amounts are unknown at this time. The Funds also seek to collect liquidated damages, interest, reasonable attorneys' fees and costs and provided for in ERISA, the parties collective

bargaining agreement and the Funds' Collection Policy.

2.      The Company was served with Summons and the Complaint on June 9, 2026. The deadline for the Company to file a responsive pleading was June 30, 2025.  (Docket Entry 9).

3.      As of the date of this filing the Company did not file a responsive pleading.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order finding Defendant Blue Reef, LLC.  is in default and further request the Court to retain jurisdiction to enter a judgment against Defendant Blue Reef, LLC.  in sum certain for the amounts due and owing as pled in the Complaint.

July 6, 2026

Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ G. Ryan Liska

G. Ryan Liska
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a copy of the foregoing Plaintiffs' Motion for Entry of Order of Default to be served upon the following person via U.S. First Class Mail, postage prepaid on this 6th day of July, 2026.


Blue Reef, LLC
c/o Ivan Diaz, Registered Agent
939 W. North Avenue
Suite 750
Chicago, Illinois 60642
ivanko@bluereef.us


Blue Reef, LLC
c/o Gary Laster, Manager
2025 Sherman Avenue
Evanston, Illinois 60201


/s/ G. Ryan Liska