**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL PENSION FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL WELFARE FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL RETIREE HEALTH** | ) | |
| **AND WELFARE FUND, and CATHERINE** | ) | |
| **WENSKUS, not individually but as** | ) | |
| **Administrator of the Funds,** | ) | |
| | ) | |
| | ) | **Case No. 26-cv-05763** |
| **Plaintiff,** | ) | |
| **and** | ) | **JUDGE VALDERRAMA** |
| | ) | |
| | ) | |
| | ) | |
| **BLUE REEF, LLC** | ) | |
| **an Illinois limited liability company** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' INITIAL STATUS REPORT**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension, Welfare and Retiree Health and Welfare Fund and Catherine Wenskus, (collectively referred to hereinafter as the "Funds"), by and through their attorney, G. Ryan Liska, and present its Initial Status Report:

1. The Funds filed their Complaint on May 18, 2026, against Blue Reef, LLC ("Company"). Count I of the Complaint seeks to collect delinquent fringe benefit contributions for February 2026 through May 2026. The delinquent fringe benefit contributions total $4,432.80. Count II seeks to collect delinquent dues contributions and ancillary funds' contributions for February 2026 through May 2026. Those amounts are unknown because the Company did not submit the reports to the Union. The Funds also seek to collect liquidated damages, interest, reasonable attorneys' fees and costs and provided for in ERISA, the parties collective bargaining agreement and the Funds' Collection Policy.

2.      The Company was served with Summons and the Complaint on June 9, 2026, and the Funds filed a Motion for Entry of Default on July 6, 2026.  (Docket Entry 10).  The Court has not ruled on the Motion.

3.      On July 29, 2026, the Company paid the February 2026 through May 2026 fringe benefit reports (Count I) but the Company's February 2026 through June 2026 union dues contribution reports remain outstanding.  The Company Owner advised Fund Counsel on July 30th that the union dues contribution reports would be paid in short order.

4.      The Company still owes liquidated damages tied to the late paid February 2026 through May 2026 fringe benefit reports.  The liquidated damages can be resolved via a settlement payment plan once the union dues contribution reports are paid.

5.      The other issue that was not ripe at the time this lawsuit was filed relates to the Funds' demand to audit the Company's books and records for fringe benefits and union dues reporting compliance.  Along with this status report, the Funds contemplated filing a Motion to Amend the Complaint to add a count related to the Company's failure to comply with the audit request.

6.      The parties' July 30th conversation also resulted in an agreement from the Company to produce all requested books and records to the Funds' auditor by August 13th.

7.      The Funds' request this Court reserve ruling on its Motion for Entry of Default and set this matter over thirty (30) days.  The Funds can file a status report on settlement.  That block of time should allow the parties to resolve the dues payment delinquency and provide time for the Company to produce its books and records for the audit thereby eliminating the need for the Funds to move to add an additional count to its Complaint.

August 3, 2026

Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ G. Ryan Liska

G. Ryan Liska
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a copy of the foregoing Plaintiffs' Initial Status Report to be served upon the following person via U.S. First Class Mail, postage prepaid on this 3rd day of August, 2026.

Blue Reef, LLC
c/o Ivan Diaz, Registered Agent
939 W. North Avenue
Suite 750
Chicago, Illinois 60642
ivanko@bluereef.us

Blue Reef, LLC
c/o Gary Laster, Manager
2025 Sherman Avenue
Evanston, Illinois 60201

/s/ G. Ryan Liska